Robert J. Ireland, OSB 00451
**IRELAND COSTELLO PC**
Rob@irelandatlaw.com
9003 NW HWY 47
Forest Grove, Oregon 97116
Telephone:   503-324-1500
Facsimile:    503-324-0720

    Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

SUNLIGHT SUPPLY, a Washington
Corporation,
        Plaintiff,

    v.

PAUL ANDREW CRONK, an Australian
Citizen, and HYGRO INTERNATIONAL
PTY. LTD. an Australian Company,

        Defendants.

Case No. 3:06-cv-1786

**ORDER VOLUNTARILY
DISMISSING PLAINTIFF'S
DECLARATORY ACTION**

    This matter came before the Court on Plaintiff's Motion to Voluntarily Dismiss Plaintiff's Declaratory Action and attached documentation and being fully advised of all the relevant facts,

    IT IS HEREBY ORDERED that Plaintiff's motion is granted and the Declaratory action is hereby dismissed without prejudice and without costs awarded.

DATED: May __3__ 2007.

                                   _____
                                   ~~Circuit Court Judge~~
                                   UNITED STATES MAGISTRATE JUDGE

**Page 1 – ORDER VOLUNTARILY DISMISSING PLAINTIFF'S DECLARATORY ACTION**